JAMES H. WALKER AND THE DULUTH DRY GOODS COMPANY v. PETER SAUER ET AL.

*Fraudulent conveyances—Homestead.*

The decree in this case, subjecting certain land conveyed by the defendant Peter Sauer to his son in fraud of creditors to the satisfaction of complainants' judgments, is modified so as to exempt a homestead, and, as thus modified, is affirmed.

Appeal from Houghton. (Haire, J., presiding.) Submitted on briefs October 25, 1893. Decided November 10, 1893.

Bill in aid of execution. Defendants appeal. Decree modified and affirmed. The facts are sufficiently stated in the opinion.

*Dunstan & Hanchette,* for complainants.

*Chadbourne & Rees,* for defendants.

HOOKER, C. J. Complainants file a bill in aid of execution, attacking a conveyance by Peter Sauer of all his property to his wife and son. Defendants appeal.

The case hinges upon questions of fact, in relation to which it is sufficient to say that we think the conclusions of the circuit judge justified by the testimony upon all the questions raised. But the defendants are entitled to a homestead in the premises, subject to which all levies and sales under the decree should be made.

Subject to this modification, the decree will be affirmed, with costs.

The other Justices concurred.